**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02366-LTB

DWIGHT MCKELVIN SPENCER,

    Applicant,

v.

J. OLIVER, Warden,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion titled "Motion to Amend Constitutional Authority, Amendment" (ECF No. 17) that Applicant filed *pro se* on December 8, 2014, is DENIED as moot. This case was dismissed on September 18, 2014 (ECF No. 11), and a judgment (ECF No. 12) entered on the same day. This case is closed. Filings will not be addressed after the dismissal of a case.

Dated:  December 9, 2014